AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Pal Tigert <br><br> *Plaintiff(s)* <br> v. <br> Tyrone Rogers, in his individual capacity, Moises Rodriguez, in his individual capacity, and Judy Perez, in her individual capacity <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:20-cv-00005 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Tyrone Rogers
402 Broach Street
Pittsburg, Texas 75686

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Darren K. Coleman
Boon, Calk, Echols, Coleman & Goolsby, PLLC
1800 W Loop 281, Suite 303
Longview, Texas 75604
(903) 759-2200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____1/8/20_____       _David A. O'Toole_
                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-00005

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Tyrone Rogers
was received by me on *(date)* 1/10/2020 .

☒ I personally served the summons on the individual at *(place)* 300 N. Texas, Pittsburg TX 75686
on *(date)* 1/13/2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/13/2020

_____
Server's signature

Jerry D. Cobb
Printed name and title

300 N. Green, Ste 303 Longview, TX 75601
Server's address

Additional information regarding attempted service, etc:

CAUSE NO. 2:20-CV-00005-JRG

| | | |
|---|---|---|
| PAL TIGERT | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | COUNTY, |
| | § | |
| TYRONE ROGERS. IN HIS INDIVIDUAL CAPACITY, | § | |
| MOISES RODRIGUEZ, IN HIS INDIVIDUAL CAPACITY, | | |
| AND JUDY PEREZ, IN HER INDIVIDUAL CAPACITY, | | |
| Defendant. | § | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION |

## AFFIDAVIT OF SERVICE

On this day personally appeared **Jerry Cobb** who, being by me duly sworn, deposed and said:

"The following came to hand on **Jan 10, 2020, 1:00 pm,**

SUMMONS IN A CIVIL ACTION,

and was executed at **300 N. Texas, Pittsburg, Tx 75686** within the county of **Camp** at **11:08 AM** on **Mon, Jan 13 2020**, by delivering a true copy to the within named

TYRONE ROGERS

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____
Jerry Cobb
Certification Number: PSC7853 Exp. 11/30/2021
Certification Expiration:

**BEFORE ME,** a Notary Public, on this day personally appeared **Jerry Cobb,** known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON January 16, 2020

_____
Notary Public, State of Texas

Michael S Bullock
My Commission Expires
07/12/2022
ID No. 8468641