IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PAL TIGERT,<br><br>    Plaintiff.<br>vs.<br><br>TYRONE ROGERS, in his individual capacity, MOISES RODRIGUEZ, in his individual capacity and JUDY PEREZ, in her individual capacity,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§   Civil Action No. 2:20-cv-00005-RG<br>§<br>§<br>§<br>§   JURY DEMANDED<br>§<br>§ |

**JOINT MOTION
TO DISMISS CASE WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

    COME NOW, Pal Tigert, Plaintiff, and Tyrone Rogers, Moises Rodriguez and Judy Perez, Defendants, and file this their Motion to Dismiss Case with Prejudice, and would respectfully show the Court as follows:

1.    Plaintiff and Defendants inform the Court that they have settled all matters in controversy.

2.    Plaintiff and Defendants request this civil action be dismissed with prejudice to the rights of Plaintiff to refile the same, or any part thereof, against Defendants. The parties further request that each party bear their own costs, expenses and attorney's fees.

    WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants pray for the Court to dismiss this civil action with prejudice, and that each party bear their own costs, expenses and attorney's fees.

Respectfully submitted,

**BOON, CALK, ECHOLS, COLEMAN AND GOOLSBY, P.L.L.C.**
1800 W. Loop 281, Suite 303
Longview, Texas 75604
(903) 759-2200-telephone
(903) 759-3306-facsimile

BY:   *Darren K. Coleman*
          DARREN K. COLEMAN
          SBN: 04558570
          Attorney-in-Charge
          BRADLEY R. ECHOLS
          SBN: 06390450

ATTORNEYS FOR PLAINTIFF


**POWELL, YOUNGBLOOK &TAYLOR, L.P.**
1001 ESE Loop 323, Suite 450
Tyler, Texas 75701
(903) 526-6618-telephone
(903) 526-5766-facsimile

BY:    *V. Jay Youngblood*
          V. Jay Youngblood
          SBN: 22220200
          Attorney-in-Charge

ATTORNEYS FOR DEFENDANTS


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to Defendants' counsel of record via electronic filing on this the 12th day of May 2020.

           *Darren K. Coleman*
           DARREN K. COLEMAN